JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO.: 2:24-cv-06325-SVW-PVC |
| Plaintiff | ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT |
| vs. | |
| Advanced Tel. Inc, | |
| Defendant. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 22, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE